UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-CV-23120-KMM

WINDY LUCIUS,

    Plaintiff,

v.

EL CAMINO DELRAY, LLC.

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., and this Court Order [DE 7], hereby gives notice that she voluntarily dismisses this action, with prejudice against, Defendant, and respectfully requests this Court to terminate the action.

Respectfully submitted this October 13, 2022.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. Courtney Cunningham PLLC.
8950 SW 74th Court, Suite 201
Miami, Florida 33156
Telephone: (305) 351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*